UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER JOHN MATEY | ) | Case No. 4-12-bk-43197 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| SHELLEY AND DOUGLAS RANALLI | ) | |
| Plaintiffs, | ) | Adversary Proceeding |
| | ) | No. 12-4122 |
| v. | ) | |
| | ) | |
| CHRISTOPHER JOHN MATEY | ) | |
| Defendant, | ) | |

## **STIPULATION OF DISMISSAL**

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

Now comes Christopher Matey, the Debtor in the above-referenced proceeding (hereinafter the "Debtor"), and Shelley and Douglas Ranalli, (the "Ranallis," the "Parties) and hereby file this stipulation of dismissal by and among the Debtor, and the Ranallis in connection with the Complaint to Bar Discharge Claim against Debtor in this Court (the "Complaint"). The parties have agreed to settle this matter. The Settlement resolves all of the issued raised between

the Parties in the adversary proceeding without the need for further litigation and cost.

                                          CHRISTOPHER JOHN MATEY
                                          By his attorney,

                                          /s/ Jesse I. Redlener

                                          Jesse I. Redlener (BBO #646851)
                                          DALTON & FINEGOLD, LLP
                                          34 Essex Street
                                          Andover, MA 01810
                                          Phone: (978) 269-6420
                                          Fax: (978) 470-8338
Dated: December 6, 2013                jredlener@dfllp.com

                                          -and-

                                          SHELLEY AND DOUGLAS RANALLI
                                          By their attorney

                                          /s/ Christopher M. Waterman
                                          Christopher M. Waterman, BBO No. 641190
                                          DEMEO, LLP
                                          One Lewis Wharf
                                          Boston, MA 02110
                                          Telephone: (617) 263-2600
                                          Facsimile: (617) 263-2300
                                          Email: cwaterman@demeollp.com